IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

Sandra L. Wenig, individually, and on behalf of
all others similarly situated,

                Plaintiff,                Case No:  0:11-cv-03547 (PJS/FLN)

vs.                                           **PLAINTIFF'S MOTION FOR AN**
                                               **AWARD OF ATTORNEYS' FEES**
                                               **AND COSTS**

Messerli & Kramer P.A.,

                Defendant.
_____

        Plaintiff moves the Court for an award of attorneys' fees and costs in this lawsuit.

The amount of fees sought is $104,522, and the amount of costs sought is $954.67.

Plaintiff is filing a memorandum and declarations in support of this motion.

                                            By: *s/ Michael G. Phillips*_____
                                            Michael G. Phillips
                                            **PHILLIPS LAW, PLLC**
                                            MN Attorney I.D. No. 0290105
                                            412 South Fourth Street, Suite 1155
                                            Minneapolis, MN 55415
                                            Telephone: 612-677-8345
                                            Facsimile: 612-344-1579
                                            mike@phillipslawmn.com

                                            **ATTORNEY FOR THE PLAINTIFF**